UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1250-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Cory L. Washington** | ) | |

On September 14, 2011, Cory L. Washington appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired (Level-5) in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12 month term of probation.

On March 15, 2012, Cory L. Washington appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina. The term of probation was revoked, and Cory L. Washington was sentenced to 60 days confinement and supervised release for a term of 12 months.

From evidence presented at the revocation hearing on January 25, 2013, the court finds as a fact that Cory L. Washington, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.  The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 25th day of January, 2013.

_____
James E. Gates
United States Magistrate Judge